**No. 48558.**—Protest 798450–G of S. B. Penick & Co. (New York).

Opinion by Cline, J. The record showed that the importation consisted of 32 cases of olibanum fine garblings and that at the time of importation the cases were marked "Product of Arabia." The collector required that they be marked "Product of Aden" before being released. The marking was held not sufficient to indicate that Aden is the country of origin of the merchandise. The protest was therefore overruled.